No. 26. L. L. McCANDLESS *v.* MARSTON CAMPBELL, SUPERINTENDENT OF PUBLIC WORKS OF THE TERRITORY OF HAWAII. Exceptions from Circuit Court, First Circuit. Decided January 27, 1911. Hartwell, C.J., Perry and De Bolt, JJ. Per curiam: This is a bill of exceptions brought by the defendant, and allowed by the circuit judge, from a decision of the circuit judge overruling a demurrer to the plaintiff's petition for a writ of mandamus. The attention of the defendant having been called by the court to the lack of jurisdiction for bills of exceptions in matters at chambers, he informed the court that he considered that the

exceptions were not properly brought and ought to be dismissed, and it is accordingly so ordered.

*W. S. Edings* and *P. L. Weaver* for plaintiff.

*E. W. Sutton,* Deputy Attorney General, for defendant.